IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO ANTHONY CRUZ, | ) | NO. CV-F-04-5080 REC/DLB HC |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| | ) | CERTIFICATE OF APPEALABILITY |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GAIL LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court declines to issue a certificate of appealability with respect to any of the issues raised by petitioner, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated: November 23, 2005**                  **/s/ Robert E. Coyle**
668554                                                UNITED STATES DISTRICT JUDGE

1